| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Christel, David W. | 2. Court or Organization Western District of Washington | 3. Date of Report 10/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Parttime Magistrate Judge (2015) | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address 1717 Pacific Avenue Rm 3124 Tacoma, WA 98402 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | David W. Christel Attorney at Law, PC |
| 2. | Trustee | David W. Christel Attorney at Law 401 K Plan |
| 3. | Trustee | Michael H. Peterson Jr. Trust (no reportable assets) |
| 4. | Manager/Member | Amen Corner Management, LLC |
| 5. | Manager/Member | Blue Tee Management, LLC |
| 6. | Manager/Member | Double Cut Management, LLC |
| 7. | Manager/Member | Double Eagle Management, LLC |
| 8. | Manager/Member | First Cut Management, LLC |
| 9. | Manager/Member | Front Nine Management, LLC |
| 10. | Member | Garrow Trident, LLC |
| 11. | Manager/Member | Kick Point, LLC |
| 12. | Manager/Member | North Side Group, LLC |
| 13. | Manager/Member | Pelican Bay Management, LLC |
| 14. | Member | Rocklin Northwest, LLC |
| 15. | Member | Silver Lake RV Park, LLC |
| 16. | Attorney in Fact | Kelly E. Christel |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 10/11/2016 |

17.  Partner                                                   Christel & Isley, LLP

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 10/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | David W. Christel Attorney at Law, PC (Salary) | $26,250.00 |
| 2. 2015 | David W. Christel Attorney at Law, PC (Business Income) | $11,087.00 |
| 3. 2015 | Peterson Trust (Trustee Fees) | $3,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Battle Ground School District, Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Umpqua Bank (formerly Bank of the Cascades) | Mortgage on Commercial Rental (5% of property), Sunnybrook, OR (Pt VII, Line 258 and line 265) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ABBVIE INC | A | Dividend | | | Sold (part) | 02/03/15 | J | A | |
| 2. | | | | | Sold | 10/07/15 | J | | |
| 3. ACE LTD | A | Dividend | K | T | Sold (part) | 02/12/15 | J | A | |
| 4. | | | | | Sold (part) | 07/16/15 | J | A | |
| 5. ACTAVIS PLC | | None | | | Buy | 03/20/15 | J | | |
| 6. | | | | | Distributed | 06/15/15 | J | | |
| 7. AETNA INC | A | Dividend | J | T | Sold (part) | 02/12/15 | J | A | |
| 8. | | | | | Sold (part) | 05/05/15 | J | A | |
| 9. | | | | | Sold (part) | 06/22/15 | J | B | |
| 10. ALLERGAN INC | | None | K | T | Buy | 06/22/15 | J | | |
| 11. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 12. ALPHABET INC CL A (FORMERLY NAMED GOOGLE INC-CL A) | | None | K | T | Buy | 10/05/15 | J | | |
| 13. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 14. AMAZON COM INC | | None | J | T | Buy | 10/28/15 | J | | |
| 15. | | | | | Buy (add'l) | 11/12/15 | J | | |
| 16. AMERICAN AIRLINES GROUP INC | A | Dividend | | | Sold | 06/09/15 | J | A | |
| 17. AMERICAN EXPRESS CO | A | Dividend | | | Sold | 10/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMGEN INC | A | Dividend | J | T | Sold (part) | 02/03/15 | J | B | |
| 19. | | | | | Sold (part) | 03/20/15 | J | B | |
| 20. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 21. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 22. APPLE INC | A | Dividend | K | T | Sold (part) | 12/16/15 | J | A | |
| 23. AUTOZONE INC | | None | J | T | Buy | 08/25/15 | J | | |
| 24. | | | | | Buy (add'l) | 09/23/15 | J | | |
| 25. AVAGO TECH | A | Dividend | J | T | Buy | 09/16/15 | J | | |
| 26. | | | | | Buy (add'l) | 09/23/15 | J | | |
| 27. BANK OF AMERICA CORP | A | Dividend | K | T | Buy (add'l) | 07/16/15 | J | | |
| 28. BLACKROCK HI YIELD BD PTF INST | C | Dividend | K | T | Buy (add'l) | 02/03/15 | J | | |
| 29. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 30. | | | | | Sold (part) | 12/14/15 | K | | |
| 31. BLACKROCK INC | A | Dividend | K | T | | | | | |
| 32. BLACKSTONE GROUP LP | A | Int./Div. | J | T | | | | | |
| 33. BORG WARNER INC | A | Dividend | | | Buy | 02/12/15 | J | | |
| 34. | | | | | Sold | 08/25/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BRISTOL MYERS SQUIBB CO | A | Dividend | K | T | Buy | 04/21/15 | J | | |
| 36. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 37. CBS CORP NEW CL B SHARES | A | Dividend | | | Sold | 08/25/15 | J | | |
| 38. CDN PACIFIC RY LTD NEW | A | Dividend | | | Buy (add'l) | 02/10/15 | J | | |
| 39. | | | | | Sold (part) | 06/09/15 | J | B | |
| 40. | | | | | Sold | 10/27/15 | J | | |
| 41. CF INDUSTRIES HOLDINGS, INC | A | Dividend | J | T | Sold (part) | 12/16/15 | J | | |
| 42. CITI PLUS ON THE S&P GSCI CRUDE OIL INDEX EXCESS RETURN RATE: DUE 2016 | | None | | | Buy | 01/23/15 | K | | |
| 43. | | | | | Sold | 12/11/15 | K | | |
| 44. COSTCO WHOLESALE CORP NEW | A | Dividend | J | T | | | | | |
| 45. CVS CAREMARK CORP | A | Dividend | K | T | Sold (part) | 05/05/15 | J | A | |
| 46. DANAHER CORPORATION | A | Dividend | J | T | Sold (part) | 04/16/15 | K | D | |
| 47. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 48. | | | | | Buy (add'l) | 10/27/15 | J | | |
| 49. DELPHI AUTOMOTIVE PLC | A | Dividend | K | T | Buy (add'l) | 02/03/15 | J | | |
| 50. DELTA AIRLINES INC NEW | A | Dividend | K | T | Buy (add'l) | 10/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. DEUTSCHE X-TRACKERS MSCI EAF | | None | | | Buy | 07/17/15 | K | | |
| 52. | | | | | Sold | 12/08/15 | K | | |
| 53. DISCOVER FINANCIAL SERVICES | A | Dividend | | | Sold | 03/20/15 | J | A | |
| 54. ENERGY SEL SECT SPDR FUND | A | Dividend | K | T | Buy | 12/11/15 | K | | |
| 55. ENERGY TRANSFER PARTNERS L P | A | Interest | J | T | | | | | |
| 56. ENTERPRISE PROD PARTNERS L.P. | A | Interest | J | T | | | | | |
| 57. EOG RESOURCES INC | A | Dividend | | | Sold | 12/21/15 | J | | |
| 58. ESTEE LAUDER CO INC CLA | A | Dividend | K | T | Buy | 08/04/15 | J | | |
| 59. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 60. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 61. | | | | | Buy (add'l) | 12/26/15 | J | | |
| 62. FACEBOOK INC CL-A | | None | K | T | Buy (add'l) | 03/20/15 | J | | |
| 63. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 64. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 65. | | | | | Donated (part) | | | | |
| 66. FIAT CHRYSLER AUTOMOBILES NV | | None | | | Buy | 02/25/15 | J | | |
| 67. | | | | | Buy (add'l) | 04/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Sold | 10/28/15 | J | | |
| 69. FIDELITY ADV TOTAL BOND I | B | Dividend | L | T | Buy (add'l) | 02/03/15 | J | | |
| 70. | | | | | Buy (add'l) | 03/11/15 | J | | |
| 71. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 72. FIRST TRUST HEALTH CARE ALPHA ETF | | None | M | T | Sold (part) | 02/12/15 | J | B | |
| 73. | | | | | Sold (part) | 03/27/15 | J | D | |
| 74. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 75. | | | | | Sold (part) | 10/07/15 | J | B | |
| 76. FIRST TRUST ENERGY ALPHADEX ETF | A | Dividend | | | Buy (add'l) | 02/03/15 | K | | |
| 77. | | | | | Buy (add'l) | 03/20/15 | J | | |
| 78. | | | | | Buy (add'l) | 04/16/15 | J | | |
| 79. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 80. | | | | | Sold (part) | 07/17/15 | J | | |
| 81. | | | | | Sold | 07/27/15 | K | | |
| 82. FIRST TRUST TECH ALPHA ETF | | None | | | Sold | 08/13/15 | K | C | |
| 83. GILEAD SCIENCE | A | Dividend | | | Buy | 01/08/15 | J | | |
| 84. | | | | | Sold | 10/28/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. GOLDMAN SACH GRP INC | A | Dividend | J | T | Buy | 10/27/15 | J | | |
| 86. | | | | | Buy (add'l) | 11/12/15 | J | | |
| 87. GOLDMAN SACHS STRATEGIC INC 1 | A | Dividend | | | Sold (part) | 02/03/15 | J | | |
| 88. | | | | | Sold | 03/05/15 | K | | |
| 89. GOOGLE INC-CL C | | None | | | Sold | 02/03/15 | J | B | |
| 90. GOOGLE INC-CL A | | None | | | Buy | 09/16/15 | J | | |
| 91. | | | | | Merged (with line 12) | 10/08/15 | J | | |
| 92. GUGGENHEIM S&P 500 EQU WEIGHT | C | Dividend | L | T | Buy (add'l) | 02/03/15 | K | | |
| 93. | | | | | Buy (add'l) | 02/12/15 | J | | |
| 94. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 95. | | | | | Sold (part) | 07/17/15 | K | C | |
| 96. | | | | | Sold (part) | 10/21/15 | L | C | |
| 97. HEWLETT PACKARD | A | Dividend | | | Sold | 06/22/15 | J | | |
| 98. HONEYWELL INTERNATIONAL INC | A | Dividend | K | T | | | | | |
| 99. IRONWOOD INSTITUTE MS LLC | C | Dividend | M | T | Buy (add'l) | 11/30/15 | J | | |
| 100. ISHARES 20+ YR TREASURY BOND ETF | A | Dividend | | | Buy (add'l) | 02/19/15 | J | | |
| 101. | | | | | Buy (add'l) | 05/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Sold | 06/03/15 | K | A | |
| 103.  ISHARES 7-10 YR TREASURY BOND ETF | A | Dividend | | | Buy (add'l) | 02/19/15 | J | | |
| 104. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 105. | | | | | Buy (add'l) | 07/27/15 | K | | |
| 106. | | | | | Sold (part) | 09/10/15 | K | | |
| 107. | | | | | Sold | 10/07/15 | K | A | |
| 108.  ISHARE MSCI EAFE ETF | B | Dividend | | | Buy | 04/06/15 | K | | |
| 109. | | | | | Buy (add'l) | 04/16/15 | K | | |
| 110. | | | | | Buy (add'l) | 05/18/15 | J | | |
| 111. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 112. | | | | | Sold (part) | 09/23/15 | J | | |
| 113. | | | | | Sold (part) | 10/12/15 | J | | |
| 114. | | | | | Sold | 11/12/15 | K | | |
| 115.  ISHARES MSCI USA MOMENTUM | A | Dividend | L | T | Buy | 11/12/15 | K | | |
| 116. | | | | | Buy (add'l) | 11/18/15 | K | | |
| 117.  ISHARES N AMERICAN TECH ETF | A | Dividend | L | T | Buy | 08/13/15 | K | | |
| 118. | | | | | Buy (add'l) | 10/12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. ISHARES S&P 100 ETF | B | Dividend | L | T | Sold (part) | 01/29/15 | J | | |
| 120. | | | | | Sold (part) | 02/03/15 | L | A | |
| 121. | | | | | Sold (part) | 04/06/15 | K | A | |
| 122. | | | | | Sold (part) | 04/16/15 | K | A | |
| 123. | | | | | Buy (add'l) | 10/29/15 | K | | |
| 124. ISHARES SP SMALLCAP 600 INDEX | A | Dividend | | | Buy (add'l) | 02/03/15 | J | | |
| 125. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 126. | | | | | Sold (part) | 10/14/15 | L | A | |
| 127. | | | | | Sold | 10/16/15 | K | A | |
| 128. ISHARES US CONSUMER SER ETF | A | Dividend | L | T | Buy | 01/29/15 | K | | |
| 129. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 130. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 131. | | | | | Buy (add'l) | 07/17/15 | J | | |
| 132. ISHARES MSCI USA QLTY | A | Dividend | M | T | Buy | 10/16/15 | K | | |
| 133. | | | | | Buy (add'l) | 10/21/15 | L | | |
| 134. JPMORGAN CHASE & CO | A | Dividend | K | T | Sold (part) | 03/20/15 | J | A | |
| 135. LIBERTY MEDIA CORP SER A | | None | | | Sold | 04/16/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. LIBERTY MEDIA CORP SER C | | None | K | T | Buy (add'l) | 05/27/15 | J | | |
| 137. LOWES COMPANIES INC | A | Dividend | K | T | Buy | 02/12/15 | J | | |
| 138. | | | | | Buy (add'l) | 04/16/15 | J | | |
| 139. LYONDELLBASELL NV CL-A | A | Dividend | K | T | Buy (add'l) | 02/03/15 | J | | |
| 140. MACY'S INC | A | Dividend | | | Sold (part) | 02/12/15 | J | A | |
| 141. | | | | | Sold | 02/25/15 | J | B | |
| 142. MASTERCARD INC CL A | | None | J | T | Buy | 10/07/15 | J | | |
| 143. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 144. MCKESSON CORP | A | Dividend | J | T | Sold (part) | 05/05/15 | J | B | |
| 145. MEDTRONIC INC | A | Dividend | J | T | | | | | |
| 146. METLIFE INCORPORATED | | None | | | Sold | 01/08/15 | J | A | |
| 147. MICROSOFT CORP | A | Dividend | J | T | Buy | 10/07/15 | J | | |
| 148. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 149. MONSANTO CO/NEW | A | Dividend | | | Sold | 03/20/15 | K | B | |
| 150. MOODY'S CORP | A | Dividend | J | T | Buy | 06/09/15 | J | | |
| 151. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 152. | | | | | Buy (add'l) | 08/25/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. MS 8.15% CNTG COUPON NOTE LINKED TO S&p 500 RATE | B | Interest | K | T | | | | | |
| 154. MORGAN STANLEY ACTIVE ASSETS TAX FR TRUST (Y) | | | | | | | | | |
| 155. MORGAN STANLEY BANK ACCOUNT #1 | A | Interest | J | T | | | | | |
| 156. MORGAN STANLEY BANK ACCOUNT NUMBER #2 | A | Interest | K | T | | | | | |
| 157. MORGAN STANLEY BANK ACCOUNT #3 | A | Interest | J | T | | | | | |
| 158. MORGAN STANLEY BANK ACCOUNT #4 | A | Interest | K | T | | | | | |
| 159. MORGAN STANLEY BANK ACCOUNT #5 | A | Interest | J | T | | | | | |
| 160. MORGAN STANLEY BANK ACCOUNT #7 | C | Interest | L | T | | | | | |
| 161. MORGAN STANLEY BANK ACCOUNT #8 (X) | A | Interest | J | T | | | | | |
| 162. MS EMERGING MKTS DOMESTIC DEBT (Y) | | | | | | | | | |
| 163. NOBLE ENERGY | A | Dividend | | | Sold | 07/16/15 | J | | |
| 164. NUVEEN SYMP FLOATING RT INC I | B | Dividend | K | T | Buy | 03/05/15 | K | | |
| 165. | | | | | Buy (add'l) | 03/11/15 | J | | |
| 166. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 167. | | | | | Buy (add'l) | 06/03/15 | J | | |
| 168. | | | | | Sold (part) | 12/14/15 | K | | |
| 169. PALO ALTO NETWORKS INC | | None | J | T | Buy | 03/20/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. PEPSICO | | None | K | T | Buy | 10/07/15 | J | | |
| 171. | | | | | Buy (add'l) | 10/27/15 | J | | |
| 172. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 173. PHILLIPS 66 COM | A | Dividend | K | T | Buy | 10/07/15 | J | | |
| 174. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 175. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 176. PIMCO ALL ASSET ALL AUTH P | | None | | | Sold | 03/11/15 | K | | |
| 177. PIMCO INCOME P | | None | K | T | Buy | 12/30/15 | K | | |
| 178. POWERSHARES DWA CONSUMER STAPL | A | Dividend | K | T | Buy | 12/16/15 | K | | |
| 179. POWERSHARES QQQ TR | B | Dividend | M | T | Buy (add'l) | 02/03/15 | J | | |
| 180. | | | | | Sold (part) | 04/16/15 | J | A | |
| 181. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 182. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 183. PROSHARES LARGE CAP CORE PLUS | B | Dividend | M | T | Buy (add'l) | 02/03/15 | J | | |
| 184. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 185. | | | | | Sold (part) | 06/09/15 | L | D | |
| 186. RAYTHEON | A | Dividend | | | Sold | 05/27/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. SALESFORCE.COM, INC | | None | J | T | Buy | 03/20/15 | J | | |
| 188. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 189. SBA COMMUNICATIONS | | None | J | T | | | | | |
| 190. SCHLUMBERGER | A | Dividend | J | T | Buy | 02/03/15 | J | | |
| 191. | | | | | Buy (add'l) | 04/16/15 | J | | |
| 192. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 193. SEMPRA ENERGY | A | Dividend | J | T | | | | | |
| 194. SKYBRIDGE MUL-ADVISOR SER G ADV | D | Dividend | M | T | Buy (add'l) | 01/30/15 | J | | |
| 195. SPDR S&P REGIONAL BANKING ETF | A | Dividend | K | T | Buy | 06/09/15 | K | | |
| 196. | | | | | Buy (add'l) | 11/12/15 | J | | |
| 197. TABLEAU SOFTWARE INC CL A | | None | | | Buy | 03/20/15 | J | | |
| 198. | | | | | Sold | 09/16/15 | J | | |
| 199. TCW GALILEO EMERG MARKETS INC I | A | Dividend | | | Buy (add'l) | 02/03/15 | J | | |
| 200. | | | | | Sold | 07/31/15 | K | | |
| 201. TCW GALILEO TOTAL RETURN BOND I | A | Dividend | L | T | Buy (add'l) | 05/27/15 | J | | |
| 202. | | | | | Buy (add'l) | 12/31/15 | K | | |
| 203. TEMPLETON GLOBAL BOND FUND ADV | A | Dividend | | | Buy (add'l) | 02/03/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 205. | | | | | Sold | 08/24/15 | K | | |
| 206. TEMPLETON GLOBAL BOND FUND C | A | Dividend | | | Sold | 12/11/15 | J | | |
| 207. TEMPLETON GLOBAL TOTAL RET C | A | Dividend | J | T | Buy | 12/11/15 | J | | |
| 208. THE FINANCIAL SEL SECT SPDR FUND | A | Dividend | K | T | Buy | 06/09/15 | K | | |
| 209. TOUCHSTONE MERGER ARBITRAGE Y | | None | | | Sold | 05/07/15 | J | | |
| 210. TRIMTABS FLOAT SHRINK ETF | A | Dividend | K | T | Buy | 10/08/15 | K | | |
| 211. UNITED TECHNOLOGIES CORP | A | Dividend | | | Sold | 08/25/15 | J | | |
| 212. UNION PACIFIC CORP | A | Dividend | J | T | | | | | |
| 213. UNITED HEALTH GP INC | A | Dividend | K | T | Sold (part) | 02/12/15 | J | A | |
| 214. VALERO ENERGY CP DELA NEW | A | Dividend | | | Sold (part) | 03/27/15 | J | A | |
| 215. | | | | | Sold | 06/01/15 | J | B | |
| 216. VISA INC CL A | A | Dividend | K | T | | | | | |
| 217. WASHINGTON FEDERAL INC | A | Dividend | J | T | | | | | |
| 218. WILLIAMS CO INC | A | Dividend | J | T | | | | | |
| 219. WILLIAMS SONOMA | A | Dividend | | | Sold (part) | 02/12/15 | J | B | |
| 220. | | | | | Sold | 11/12/15 | J | C | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. AMEN CORNER MANAGEMENT, LLC | | None | L | T | | | | | |
| 222. AVEC GK, LLC (X) | C | Interest | L | T | | | | | |
| 223. BLUE TEE MANAGEMENT, LLC (X) | B | Interest | L | T | | | | | |
| 224. CHASE (X) | A | Interest | J | T | | | | | |
| 225. COLUMBIA COMMUNITY CREDIT UNION ACCOUNT #1 | A | Interest | N | T | | | | | |
| 226. COLUMBIA COMMUNITY CREDIT UNION #2 (X) | A | Interest | K | T | | | | | |
| 227. CLICK LOAN (X) | A | Interest | J | T | | | | | |
| 228. OVERTON LOAN (Y) | | | | | | | | | |
| 229. PACIFIC CONTINENTAL BANK (Y) | | | | | | | | | |
| 230. THOMAS/CHRISTEL LOAN (X) | B | Interest | L | T | | | | | |
| 231. SILVER LAKE RV PARK MANAGEMENT, LLC | D | Interest | K | T | | | | | |
| 232. RENTAL PROPERTY, VANCOUVER, WA (AMEN CORNER MGMT, LLC) | A | Rent | L | W | | | | | |
| 233. RENTAL PROPERTY, VANCOUVER, WA (BLUE TEE MGMT, LLC) | A | Rent | L | W | | | | | |
| 234. RENTAL PROPERTY, SUNNYBROOK, OR (DOUBLE CUT MGMT, LLC) | D | Rent | N | W | | | | | |
| 235. RENTAL PROPERTY VANCOUVER, WA (DOUBLE EAGLE MGMT, LLC) | C | Rent | M | W | | | | | |
| 236. RENTAL PROPERTY, VANCOUVER, WA (FIRST CUT MGMT, LLC) | C | Rent | L | W | | | | | |
| 237. RENTAL PROPERTY, VANCOUVER, WA (FRONT NINE MGMT, LLC) | C | Rent | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 10/11/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. RENTAL PROPERTY, VANCOUVER, WA (GARROW TRIDENT, LLC) | C | Rent | | | Distributed | 12/31/15 | M | | |
| 239. RENTAL PROPERTY, BROOKLYN, NEW YORK (KICK POINT, LLC) | A | Rent | N | W | | | | | |
| 240. RENTAL PROPERTY, VANCOUVER, WA (NORTH SIDE, LLC) | B | Rent | J | W | | | | | |
| 241. RENTAL PROPERTY, CLACKAMAS, OR (PELICAN BAY MANAGEMENT, LLC0 | D | Rent | M | W | | | | | |
| 242. RENTAL PROPERTY, ROCKLIN, CA (ROCKLIN NW, LLC) | B | Rent | L | W | | | | | |
| 243. RENTAL PROPERTY, VANCOUVER, WA (SILVER LAKE RV, LLC) | A | Rent | M | W | Sold (part) | 12/31/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christel, David W. | 10/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, GOOGLE INC - CLA has changed name to ALPHABET INC CLA. See line 12 and line 91 for detail.

2) Part VII, line 65, 300 Facebook were donated on 11/19/15 to Columbia Presbyterian Church.

3) Part VII, line 238, final K-1 was received and assets were distributed.

4) Part VII, All assets held in the Michael H. Peterson Trust dated June 6, 1989 should be omitted as reporting was no longer required starting beginning in calendar year 2014. However, we missed the update and included Peterson Trust assets in the 2014 report. For 2015 report, we confirmed with filer and spouse that they did not create the trust, received no income from the trust and did not have beneficial interest in the trust in 2015 at all. As a result, we did not include any Peterson Trust assets in the report. The Trustee position was removed as 5/1/2015. 2015 is the last year David Christel being the trustee for Peterson. See Part I position, line 3.

5) My 2015 Annual Report dated June 13, 2016, included in Part VII, line 241, "Rental Property, Sunnybrook, OR (Pelican Bay Management, LLC). This is the same property included in my 2014 Annual Report in Part VII, line 375, where I listed "Rental Property, Clackamas, OR (Pelican Bay Management, LLC), but the description used "Sunnybrook" instead of "Clackamas". The property is located on "Sunnybrook Blvd" and is often refered to as the "Sunnybrook" property. Thus, the reference in Part VII, line 241, has been amended as follows: "Rental Property, Clackamas, OR (Pelican Bay Management, LLC) as this is the same property reflected on line 375, Part VII in my 2014 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David W. Christel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544